**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kevin Lamont WALKER,
Defendant–Appellant.**

**No. 15–6477.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 22, 2015.

Kevin Lamont Walker, Appellant Pro Se. Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Lamont Walker appeals the district court's marginal order denying his petition for a writ of error coram nobis. We have reviewed the record and find no abuse of discretion. *See Bereano v. United States,* 706 F.3d 568, 575 (4th Cir.2013) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*